PD-0668-16

Texas Court of Criminal Appeals
201 West 14 Street / Austin Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 16 2016

Abel Acosta, Clerk

Appeals from (Texas Third Court of Appeals)
209 W. 14 Street / Austin Texas 78701
No. 03-16-00351-CV
(Habeas Corpus Original)

Original post-conviction habeas Corpus process because such jurisdiction is vested in the Court of Criminal Appeals See Padieu v Court of Appeals of Tex, Fifth Dist, 392 S.W. 3d 115, 117 Tex. Crim. App 2013 (Tex. Code Crim. Proc. art 11.07)

Schnethan Johnson (Pro Se Petition)
vs.
Hays County Court of law Located in San Marcos, Texas 78666
Gary Cutler (Hays County Elected Sheriff) Located in San Marcos, Texas
Hays County, Texas et cal.
WES MAU (Elected Hays County District Attorney) Located in Hays County, Texas

"Petition For Discretionary Review"

Comes Now, I (Schnethan Johnson) files this document to seek "Higher Authority Review", of the appeals court "Deny the request for relief. I (Schnethan Johnson) filed a "Habeas Corpus", in the lower trial Court (Hays County, court of law located in San Marcos, Texas 78666) and a "Motion For Bond Hearing", but this Petition is for this court to review and demand why the lower trial court (Hays County court of law) located in San Marcos, Texas 78666 refuse to file the "Habeas Corpus" and conduct a "Hearing on the ~~████~~ Constitutional Rights violations including (equal protection, due process violation) and Incompetent appointed attorney (Appointed attorney Robert Cute) Sixth Amendment Violation and more.

Schnethan Johnson
June 06, 2016
X _____

This document mailed on this date of June 06, 2016 directly to the Texas Court of Criminal Appeals (209 W. 14 Street)